## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01210-RM-NYW

MY24HOURNEWS.COM, INC.,

    Plaintiff,

v.

AT&T CORPORATION,

    Defendant.

---

## MINUTE ORDER
---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on the Stipulated Motion to Re-Schedule July 31, 2015 Scheduling Conference and Extend Related Dates (the "Motion"). [#11, filed July 9, 2015]. The Motion was referred to this Magistrate Judge pursuant to the Order Referring Case dated June 17, 2015 [#8] and the memorandum dated July 10, 2015 [#12].

    IT IS ORDERED that the Motion is GRANTED, the Scheduling Conference set for July 31, 2015 at 9:30 a.m. is hereby VACATED and reset for **August 19, 2015 at 9:30 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: July 10, 2015