**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01210-RM-NYW

My24HourNews.Com, Inc.,
a Colorado corporation,

    Plaintiff,

v.

AT&T Corp., a New York corporation, AT&T,
Inc., a Delaware corporation,

    Defendants.

---

**ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 35) as to Defendant AT&T, Inc. After review of the Notice and the record, this Court hereby Approves said Notice. Defendant AT&T, Inc. is hereby dismissed without prejudice from this action.

DATED this 24th day of August, 2015.

                                BY THE COURT:

                                _____
                                RAYMOND P. MOORE
                                United States District Judge