IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01210-RM-NYW | Date: October 16, 2015 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Counsel* |
|---|---|
| MY24HOURNEWS.COM, INC., | *Michael D. Murphy* |
| | *Michael L. Glaser* |
| **Plaintiff,** | |
| v. | |
| AT&T CORP., | *Tucker K. Trautman* |
| | *Lee Frederick Johnston* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session: 2:59 p.m.

Appearance of counsel. Mr. Erik Underwood appears with Messrs. Murphy and Glaser. Ms. Letty Friesen appears with Messrs. Trautman and Johnston.

Discussion and argument held on Plaintiff My24's Motion to Conduct Limited Jurisdictional Discovery [49] filed September 17, 2015.

Discussion and argument held on Defendant's Motion for a Stay of Proceedings and to Vacate the August 19, 2015 Scheduling Conference Pending the Court's Determination of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [21] filed July 31, 2015.

For the reasons stated on the record, it is

**ORDERED:   Defendant's Motion for a Stay of Proceedings and to Vacate the August 19, 2015 Scheduling Conference Pending the Court's Determination of**

**Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [21] is GRANTED in PART and DENIED IN PART.  Merits discovery will be stayed pending the consideration and ruling on the Plaintiff's Motion to Conduct Limited Jurisdictional Discovery.**

**ORDERED:** **Plaintiff My24's Motion to Conduct Limited Jurisdictional Discovery [49] is deemed SUBMITTED and is TAKEN UNDER ADVISEMENT.**

Court in Recess: 3:59 p.m.          Hearing concluded.          Total time in Court:   01:00

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.