IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 15-cv-01210-RM-NYW | Date: December 18, 2015 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Counsel* |
|---|---|
| MY24HOURNEWS.COM, INC., | *Michael D. Murphy* |
| | *Michael L. Glaser* |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| AT&T CORP., | *Tucker K. Trautman* |
| | *Lee Frederick Johnston* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 11:01 a.m.

Appearance of counsel. Mr. Erik Underwood appears with Messrs. Murphy and Glaser.

Discussion and argument held on Plaintiff My24's Motion for Sanctions Against Defendant AT&T for Violating the Court's October 22 Order Allowing My24 to Conduct Limited Jurisdictional Discovery, and Motion to Compel [68] filed December 3, 2015.

For the reasons stated on the record, it is

**ORDERED:** **Plaintiff My24's Motion for Sanctions Against Defendant AT&T for Violating the Court's October 22 Order Allowing My24 to Conduct Limited Jurisdictional Discovery, and Motion to Compel [68] is DENIED in PART and the remaining issues are TAKEN UNDER ADVISEMENT. Defendant shall supplement its responses to Request for Admission No. 3 and Request for Admission No. 4.**

Discussion and argument held on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Based on Lack of Personal Jurisdiction [46] filed September 15, 2015.

**ORDERED:   Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Based on Lack of Personal Jurisdiction [46] is deemed SUBMITTED and is TAKEN UNDER ADVISEMENT.**

Court in Recess: 12:03 p.m.                 Hearing concluded.                 Total time in Court:   01:02

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.